**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7184**

_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

PHILLIP HENRIQUES,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Martin K. Reidinger, District Judge. (3:93-cr-00089-MR-2)

_____

Submitted: December 15, 2009    Decided: December 17, 2009

_____

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Phillip Henriques, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Henriques appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2006) based on Amendment 591. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Henriques</u>, No. 3:93-cr-00089-MR-2 (W.D.N.C. June 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>